IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DENNIS BITTEKER,

      Petitioner,

v.

DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR
VEHICLES,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2923

Opinion filed November 13, 2014.

Petition for Writ of Certiorari – Original Jurisdiction.

David M. Robbins, Susan Z. Cohen, and William E. Gibbs of Epstein & Robbins, Jacksonville, for Petitioner.

Stephen D. Hurm, General Counsel, and Kimberly A. Gibbs, Senior Assistant General Counsel, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

BENTON, VAN NORTWICK, and CLARK, JJ., CONCUR.